UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHARLES SIMMONS, on behalf of Himself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>HENKEL US OPERATIONS CORPORATION, )<br>)<br>Defendant. ) | CASE NO. 1:21-cv-02358<br><br>SENIOR JUDGE CHRISTOPHER A. BOYKO<br><br>MAGISTRATE JUDGE JONATHAN D. GREENBERG<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Charles Simmons and Defendant Henkel US Operations Corporation, by and through counsel, jointly submit this notice to the Court that the parties have reached a settlement in this matter. The parties will jointly submit their motion for approval of this Fair Labor Standards Act settlement on or before December 23, 2022.

Respectfully submitted,

*s/ Lori M. Griffin*
Lori M. Griffin (Ohio 0085241)
Anthony J. Lazzaro (Ohio 0077962)
Alanna Klein Fischer (Ohio 0090986)
Matthew S. Grimsley (Ohio 0092942)
The Lazzaro Law Firm, LLC
34555 Chagrin Boulevard, Suite 250
Moreland Hills, Ohio 44022
Telephone: 216-696-5000
Facsimile: 216-696-7005
lori@lazzarolawfirm.com
anthony@lazzarolawfirm.com
alanna@lazzarolawfirm.com
matthew@lazzarolawfirm.com

*Attorneys for Plaintiffs*

*s/ Michele L. Jakubs*
Michele L. Jakubs (Ohio 0071037)
Jessi L. Ziska (Ohio 0096750)
Zashin & Rich Co., LPA
Ernst & Young Tower
950 Main Avenue, 4th Floor
Cleveland, Ohio 44113
Telephone: 216-696-4441
Facsimile: 216-696-1618
mlj@zrlaw.com
jlz@zrlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022 the foregoing document was filed via the Court's electronic filing system and will be served on all parties via that system.

*s/ Michele L. Jakubs*
Michele L. Jakubs (0071037)

*One of the Attorneys for Defendant*